Edward R. Hugo [Bar No. 124839]
Thomas J. Moses [Bar No. 116002]
Charles S. Park [Bar No. 161430]
Josette D. Johnson [Bar No. 195977]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone:   (415) 808-0300
Facsimile:    (415) 808-033
Email: service@bhplaw.com

Attorneys for Defendant
FOSTER WHEELER LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE E. PRANGE, Individually and as Administrator of the Estate of JAMES H. PRANGE, deceased; and MARGARET BOWKER,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.<br><br>Defendants. | (ASBESTOS)<br>Case No.  2:09-cv-06698-R (VBKx)<br><br>**Assigned to:  Judge Manuel L. Real**<br><br>FIRST AMENDED JUDGMENT RE FOSTER WHEELER |

Defendant Foster Wheeler LLC'S ("Foster Wheeler") Motion for Summary Judgment in this matter having been granted by Order dated February 1, 2012, with accompanying Memorandum of Opinion, and Foster Wheeler's Motion for Entry of Final Judgment having been granted on December 17, 2012, IT IS SO ORDERED, ADJUDGED AND DECREED:

That judgment is hereby entered in favor of Foster Wheeler LLC and against Plaintiffs; that the Plaintiffs take nothing; that the action is dismissed on its merits as to Foster Wheeler; and that Foster Wheeler recover its costs in the amount of $11,724.03. The net sum to which Foster Wheeler is entitled under this judgment shall bear interest at

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

Page 1
FIRST AMENDED JUDGMENT RE FOSTER WHEELER
2:09-cv-06698-R (VBKx)

the rate of 10 percent per annum from the date this judgment is entered until the date it is satisfied.

    IT IS SO ORDERED.

Dated: **March 22**, 2013

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

Page 2
FIRST AMENDED JUDGMENT RE FOSTER WHEELER
2:09-cv-06698-R (VBKx)